Cause No. DCCV16-356-349A

| | | |
|---|---|---|
| CITY OF PALESTINE, TEXAS,<br>　　　　*Plaintiff,* | § § § § | IN THE DISTRICT COURT |
| VS. | § § § | |
| JERRY LAZA,<br>　　　　*Defendant.* | § § § § | ANDERSON COUNTY, TEXAS |
| JERRY LAZA,<br>　　　　*Counter-plaintiff,* | § § § | |
| VS. | § § § | |
| CITY OF PALESTINE, MIKE ALEXANDER, AND RONALD STUTES,<br>　　　　*Counter-defendants.* | § § § § | 349th JUDICIAL DISTRICT |

**COUNTER-DEFENDANT CITY OF PALESTINE'S**
**NOTICE OF REMOVAL TO FEDERAL COURT**

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§1441, and 1446, City of Palestine, Texas ("Defendant" or "City of Palestine"), Defendant named in the above-styled and severed civil action, has filed notice of removal in the United States District Court for the Eastern District of Texas, Tyler Division, a copy of which is attached hereto as **Exhibit A**.

PLEASE TAKE FURTHER NOTICE that this Notice of Filing, as well as the Notice of Removal attached hereto as **Exhibit A**, has been provided to all adverse parties and filed with the 349th Judicial District Court of Anderson County, Texas, thereby effecting the removal of the action to the United States District Court for the Eastern District of Texas, pursuant to 28 U.S.C. §1446(d).

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　LAW OFFICE OF JAMES D. HANKINS
　　　　　　　　　　　　　　　　　　　　606 E. Crawford Street
　　　　　　　　　　　　　　　　　　　　Palestine, Texas 75802
　　　　　　　　　　　　　　　　　　　　(903) 729-2102
　　　　　　　　　　　　　　　　　　　　(903) 729-4732 (Facsimile)
　　　　　　　　　　　　　　　　　　　　jdh@jameshankinslaw.com

James D. Hankins
State Bar No. 08912300

POTTER MINTON
A Professional Corporation
110 N. College, Suite 500
Tyler, Texas 75702
(903) 597 8311
(903) 593 0846 (Facsimile)
ronstutes@potterminton.com
mattrowan@potterminton.com

By: */s/ J. Matt Rowan*
    RONALD D. STUTES
    State Bar No. 19452600
    J. MATT ROWAN
    State Bar No. 24033137

ATTORNEYS FOR CITY OF PALESTINE

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been served via the electronic service provider upon Defendant/ Counter Plaintiff's counsel of record, Robert Hindman, 5620 Old Bullard Road, Suite 105, Tyler Texas 75703-4358 (attorney@tyler.net), and on James C. Mosser, 2805 Dallas Parkway, Suite 222, Plano, Texas 75093 (CourtDocuments@MosserLaw.com) on September 18, 2017.

*/s/ J. Matt Rowan*
J. Matt Rowan