Cause No. DCCV16-356-349

| | | |
|---|---|---|
| CITY OF PALESTINE, TEXAS,<br>*Plaintiff*, | § § § | IN THE DISTRICT COURT |
| VS. | § § | |
| JERRY LAZA,<br>*Defendant*. | § § § | ANDERSON COUNTY, TEXAS |
| JERRY LAZA,<br>*Counter-plaintiff*, | § § § | |
| VS. | § § | |
| CITY OF PALESTINE, MIKE ALEXANDER, AND RONALD STUTES,<br>*Counter-defendants*. | § § § § | 349th JUDICIAL DISTRICT |

## ORDER GRANTING COUNTER-DEFENDANT CITY OF PALESTINE'S MOTION TO SEVER

On the 1st day of September, 2017, came to be heard the Motion to Strike and in the Alternative Motion to Sever filed by Counter-Defendant City of Palestine in the above-referenced case.

The Court finds that the Motion to sever is well-founded, and that Defendant Jerry Laza's First and Second Amended Counterclaims would, if not severed, inevitably delay the initial lawsuit.

ACCORDINGLY, it is hereby ordered that the counterclaims filed by defendant and Counter-Plaintiff in Defendant Jerry Laza's Fifth Amended Original Answer and Defendant Jerry Laza's Second Amended Counterclaim Prservation of Counterclaim, and Petition for Relief and Inverse Condemnation and Violation of Texas Open Meetings Act, Seeking Damages, Alternative Damages and Demand for Jury Trial which were new and additional counterclaims and which were not pled in Defendant's Pleadings prior to the filing of Defendant Jerry Laza's Fourth Amended Original Answer and Defendant Jerry Laza's Second Amended Counterclaim, and Petition for Relief and Inverse Condemnation and Violation of Texas Open Meetings Act, Seeking Damages and

Demand for Jury Trial be and the same are hereby severed into a separate suit, which shall be given the Cause Number DCCV16-356-349A.

_____
JUDGE PRESIDING