IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| JERRY LAZA | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. _____ |
| | § | |
| CITY OF PALESTINE, MIKE ALEXANDER, | § | JURY TRIAL REQUESTED |
| RONALD STUTES | § | |
| | § | |
| Defendants. | § | |
| | § | |

### DEFENDANT CITY OF PALESTINE'S LIST OF COUNSEL

Defendant City of Palestine files this List of Counsel to accompany its Notice of Removal.

1. **Plaintiff Jerry Laza**

    JAMES C. MOSSER
    Attorney In Charge
    State Bar No. 00789784
    CourtDocuments@MosserLaw.com
    Mosser Law PLLC
    2805 Dallas Parkway, Suite 222
    Plano, Texas 75093
    972-733-3223
    972-473-0600—Facsimile

    ROBERT HINDMAN, ESQ.
    State Bar No. 09684500
    attorney@tyler.net
    5620 Old Bullard Road, Suite 105
    Tyler, Texas 75703
    903-581-9960
    903-534-0647—Facsimile

2. **Defendant City of Palestine**

    JAMES D. HANKINS
    State Bar No. 08912300
    jdh@jameshankinslaw.com

{A43/06319/0030/W1519195.1 }

LAW OFFICE OF JAMES D. HANKINS
606 E. Crawford Street
Palestine, Texas 75802
903- 729-2102
903- 729-4732 --Facsimile

RONALD D. STUTES
State Bar No. 19452600
ronstutes@potterminton.com
J. MATT ROWAN
State Bar No. 24033137
mattrowan@potterminton.com
POTTER MINTON
A Professional Corporation
110 N. College, Suite 500
Tyler, Texas 75702
903- 597 8311
903- 593 0846--Facsimile

        Respectfully submitted,

        LAW OFFICE OF JAMES D. HANKINS
        606 E. Crawford Street
        Palestine, Texas 75802
        (903) 729-2102
        (903) 729-4732 (Facsimile)
        jdh@jameshankinslaw.com

        James D. Hankins
        State Bar No. 08912300

        POTTER MINTON
        A Professional Corporation
        110 N. College, Suite 500
        Tyler, Texas 75702
        (903) 597 8311
        (903) 593 0846 (Facsimile)
        ronstutes@potterminton.com

        By: */s/ J. Matt Rowan*
            RONALD D. STUTES
            State Bar No. 19452600
            J. MATT ROWAN
            State Bar No. 24033137

        ATTORNEYS FOR CITY OF PALESTINE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF electronic mail system per Local Rule CV-5(a)(3) on September 18, 2017.

/s/ J. Matt Rowan
J. Matt Rowan