IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Jerry Laza,<br><br>    *Plaintiff,*<br><br>v.<br><br>City of Palestine, Mike Alexander,<br>and Ronald Stutes,<br><br>    *Defendants.* | Civil Action No. 6:17-cv-533 |

## DEFENDANT CITY OF PALESTINE'S
## NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL

  Defendant City of Palestine files this Notice of Appearance of Additional Counsel and hereby notifies the Court and parties that Ronald D. Stutes of the law firm Potter Minton, a Professional Corporation, 110 N. College Avenue, Suite 500, Tyler, Texas 75702 is appearing as additional counsel for it in this case. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

                Respectfully submitted,

                */s/ Ronald D. Stutes*
                Ronald D. Stutes
                Texas Bar No. 19452600
                ronstutes@potterminton.com
                **POTTER MINTON**
                A Professional Corporation
                110 N. College Ave., Suite 500
                Tyler, Texas  75702
                Tel: (903) 597-8311
                Fax: (903) 593-0846

                **ATTORNEY FOR DEFENDANT**
                **CITY OF PALESTINE**

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on September 18, 2017 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by U.S. first class mail.

                                                    */s/ Ronald D. Stutes*
                                                   Ronald D. Stutes