IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **JERRY LAZA**<br>    **PLAINTIFF,**<br>**V.**<br>**CITY OF PALESTINE**<br>    **DEFENDANT.** | **CIVIL ACTION 6:17-CV-00533-RWS**<br>**MAGISTRATE JUDGE. (RLF)** |

**ORDER MOTION TO PROCEED IN FORMA PAUPERIS
OF JERRY LAZA and to SEAL THIS DOCUMENT**

1. The motion of JERRY LAZA, for an order granting leave to proceed with his case herein, in forma pauperis of the above-entitled court entered on 9 May 2018, having been considered this day; and the court being fully advised, and good cause appearing therefor:

2. IT IS ORDERED that defendant be, and he is, permitted to proceed on trial and appeal in this matter in forma pauperis, without prepayment of fees and costs of this court or of the court of appeals for the United States 5th Circuit Court of Appeals, and without giving security for such fees and costs, including issuance and service of citation.

3. FURTHER ORDERED that a transcript of all proceedings for inclusion in the record at trial herein, and on appeal be prepared for the use of the defendant, to be paid for by the United States.

4. FURTHER ORDERED, that the **MOTION TO PROCEED IN FORMA PAUPERIS OF JERRY LAZA** and its declaration shall be sealed.