## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| **JERRY LAZA** § | |
| § | |
| *Plaintiff,* § | |
| § | |
| v. § | **CIVIL ACTION NO. 6:17-cv-00533** |
| § | |
| **CITY OF PALESTINE, MIKE ALEXANDER,** § | **JURY TRIAL REQUESTED** |
| **RONALD STUTES** § | |
| § | |
| *Defendants.* § | |
| § | |

### NOTICE OF UNAVAILABILITY OF ATTORNEY

1. Lance Vincent, attorney for Defendants, files this notice of unavailability with the court clerk.

2. Mr. Vincent will be unavailable from **July 23, 2018 through July 27, 2018** for pre-planned and scheduled vacation.

3. Mr. Vincent has notified all counsel of record but has not conferred with counsel.

4. During this period of unavailability, Mr. Vincent will be unable to attend hearings or respond to motions, depositions, discovery, meetings, or other actions regarding this matter. Therefore, Mr. Vincent requests that the Court and opposing counsel not schedule any hearings, trials or other matters in the above referenced case for the period of **July 23, 2018 and July 27, 2018** as well as immediately following in order to allow adequate preparation time.

        Respectfully submitted,
        RITCHESON, LAUFFER & VINCENT
        A Professional Corporation

        TWO AMERICAN CENTER
        821 ESE Loop 323, Ste. 530
        Tyler, Texas 75701
        (903) 535-2900
        lancev@rllawfirm.net;
        gayf@rllawfirm.net

              /s/ Lance Vincent
By: _____
        Lance Vincent
        State Bar No. 20585580

ATTORNEYS FOR DEFENDANTS

CERTIFICATE OF SERVICE

    I hereby certify that the foregoing document has been served upon all counsel of record via efile service delivery on this the 13th day of July, 2017.

        /s/ Lance Vincent
        _____
        Lance Vincent