IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

## ORDER TRANSFERRING CASES

Pursuant to the *General Order Assigning Civil and Criminal Actions* (GO-18-12) entered on December 4, 2018, the Court TRANSFERS the following cases:

**Patent Cases Transferred to U.S. District Judge Jeremy Kernodle:**

| | |
|---|---|
| 6:09-cv-00294-RWS-JDL | Celltrace LLC v. AT&T Inc., et al. |
| 6:10-cv-00523-RWS-KNM | SFA Systems, LLC v. Blockbuster Inc |
| 6:15-cv-00184-RWS-KNM | Qommerce Systems, LLC v. Karmaloop, Inc. |
| 6:15-cv-00724-RWS-KNM | Rapid Completions LLC v. Baker Hughes Incorporated, et al. |
| 6:16-cv-00286-RWS-KNM | Rapid Completions LLC v. Baker Hughes Incorporated, et al. |
| 6:16-cv-00927-RWS-KNM | T-Rex Property AB v. Regal Entertainment Group |
| 6:16-cv-00974-RWS-KNM | T-Rex Property AB v. Clear Channel Outdoor Holdings, Inc., et al. |
| 6:16-cv-00971-RWS-KNM | Collision Avoidance Technologies v. Toyota Motor Sales USA, Inc. |
| 6:17-cv-00051-RWS-KNM | Collision Avoidance Technologies v. Ford Motor Company |
| 6:16-cv-01133-RWS-KNM | MacroPoint, LLC v. Ruiz Food Products, Inc. |
| 6:17-cv-00526-RWS-KNM | Parity Networks, LLC v. Ericsson, Inc. |
| 6:17-cv-00683-RWS-KNM | Parity Networks, LLC v. Hewlett Packard Enterprise Company |
| 6:17-cv-00697-RWS-KNM | Terra Tersus, LLC v. XTO Energy, Inc. |
| 6:17-cv-00698-RWS-KNM | Terra Tersus, LLC v. National Oilwell Varco, L.P. |
| 6:18-cv-00030-RWS | Cypress Lake Software, Inc. v. Samsung Electronics America, Inc. |
| 6:18-cv-00138-RWS | Cypress Lake Software, Inc. v. Dell, Inc. |
| 6:18-cv-00267-RWS-JDL | AMG Products, Inc. d/b/a AMG Development, et al. v. Dirt Cheap, LLC, et al. |

| | |
|---|---|
| 6:18-cv-00327-RWS-JDL | Aeritas, LLC. v. BestBuy Com, LLC. |
| 6:18-cv-00446-RWS-KNM | Modern Font Applications LLC v. Nebraska Furniture Mart, Inc. |
| 6:18-cv-00449-RWS-JDL | Aeritas, LLC v. Walmart, Inc. |
| 6:18-cv-00595-RWS | S3G Technology LLC v. PestRoutes LLC |

**Civil Cases Transferred to U.S. District Judge Jeremy Kernodle:**

| | |
|---|---|
| 6:99-cv-00505-RWS | Inzer Advance v. US Powerlifting |
| 6:00-mc-00024-RWS-JDL | FDIC v. Gold Park Dev, et al. |
| 6:04-cv-00292-RWS | Cartwright v. Pfizer Inc |
| 6:07-mc-00006-RWS-JDL | Tareco Properties, Inc. v. Morriss, et al. |
| 6:08-cv-00023-RWS-JDL | Boone v. Telco Plus Credit Union, et al. |
| 6:08-cv-00249-RWS | Taylor, et al. v. Brooke Franchise Corp |
| 6:09-cv-00570-RWS-JDL | Boone v. Hollis, et al. |
| 6:10-cv-00420-RWS-JDL | Anderson v. Director, TDCJ-CID |
| 6:14-cv-00480-RWS-KNM | United States of America, et al. v. Integracare Home Health Services, Inc., et al. |
| 6:14-cv-00587-RWS-JDL | Hamilton v. Colvin |
| 6:16-cv-00972-RWS-KNM | Richard Tubby, et al. v. Officer David Allen |
| 6:16-cv-01126-RWS-JDL | Reneau v. Spur 248 Steak, LLC d/b/a Steak N Shake, et al. |
| 6:17-cv-00009-RWS-JDL | Carroll v. Dollar General Corporation |
| 6:17-cv-00326-RWS-KNM | Baughman v. City of Elkhart, TX |
| 6:17-cv-00333-RWS | Cook v. City of Tyler, Texas, et al. |
| 6:17-cv-00355-RWS | Johnson v. U.S. Bank, N.A., As Trustee for Mid-State Trust XI, By Ditech Financial, LLC, et al. |
| 6:17-cv-00417-RWS-JDL | Hardy v. The Kroger Co., et al. |
| 6:17-cv-00522-RWS-KNM | Jones, et al. v. MTGLQ Investors, L.P. |

| | |
|---|---|
| 6:17-cv-00533-RWS-JDL | Laza v. City of Palestine, Texas |
| 6:17-cv-00548-RWS-KNM | Nicholson v. RACEFAB, et al. |
| 6:17-cv-00586-RWS-KNM | Barnes v. Provident Life and Accident Insurance Company |
| 6:17-cv-00599-RWS-JDL | Castillo v. Schneider National Carriers, Inc., et al. |
| 6:17-cv-00618-RWS | Gilbreath, et al. v. Brookshire Grocery Company |
| 6:17-cv-00675-RWS | Cole v. Walmart Stores Texas, LLC |
| 6:17-cv-00678-RWS | *SEALED* |
| 6:18-cv-00025-RWS | Johnson v. City of Athens, Texas |
| 6:18-cv-00038-RWS | Jett v. Corecivic |
| 6:18-cv-00052-RWS-JDL | Johnson v. Texas Department of Public Safety |
| 6:18-cv-00057-RWS-JDL | Kemp v. University of Texas Health Science Center Northeast, et al. |
| 6:18-cv-00058-RWS | Keys, et al. v. U.S. Xpress, Inc., et al. |
| 6:18-cv-00069-RWS-KNM | Loco Brands, LLC v. Butler America, LLC, et al. |
| 6:18-cv-00080-RWS-KNM | Aishat v. U.S. Department of Homeland Security, et al. |
| 6:18-cv-00098-RWS | U.S. National Association, as Trustee v. Johnson, et al. |
| 6:18-cv-00107-RWS-KNM | Bradley v. American Electric Power |
| 6:18-cv-00131-RWS | Stewart v. Lone Star Exteriors, LLC |
| 6:18-cv-00135-RWS | Adams v. Williams Pest Control, LLC, et al. |
| 6:18-cv-00141-RWS | United States of America v. Romarm SA/Cugir.762 caliber rifle, serial number 1985ZS5443, et al. |
| 6:18-cv-00161-RWS | The Cincinnati Specialty Underwriters Insurance Company v. Preferred Wright-Way Remodeling and Construction LLC, et al. |
| 6:18-cv-00166-RWS-JDL | Onlinecheckwriter.com, LLC v. Checkeeper, LLC |
| 6:18-cv-00180-RWS-JDL | Smalley v. Union Pacific Railroad Company |
| 6:18-cv-00204-RWS-JDL | Hankerd v. Federal Bureau of Investigations, et al. |

| | |
|---|---|
| 6:18-cv-00211-RWS-JDL | Moody v. Dulweber, et al. |
| 6:18-cv-00497-RWS-KNM | Laney, et al. v. Clements Fluids, Inc, et al. |
| 6:18-cv-00219-RWS-KNM | Christopher v. Reaching Fourth Ministries, et al. |
| 6:18-cv-00233-RWS | Sanders v. Baptist Care Facilities For Persons with Mental Disabilities, Inc. |
| 6:18-cv-00240-RWS-JDL | Powell v. Meals on Wheels Ministry, Inc. |
| 6:18-cv-00253-RWS | Catherine Ruelas, as Independent Administrator of the Estate of Rodolfo Munoz, Jr., et al. v. Officer Carla Ford, et al. |
| 6:18-cv-00247-RWS-KNM | Williams v. Edward Sloan and Associates, Inc. |
| 6:18-cv-00282-RWS-JDL | Kohute v. Mouton, et al. |
| 6:18-cv-00294-RWS-JDL | Lugman v. USA |
| 6:18-cv-00300-RWS-JDL | Runnels v. Sheriff |
| 6:18-cv-00303-RWS | Bigley v. Navient Solutions, LLC |
| 6:18-cv-00325-RWS | Fleck v. JDJ Investments, Incorporated d/b/a Credit Bureau Services |
| 6:18-cv-00332-RWS-JDL | Martin v. Faulkner, et al. |
| 6:18-cv-00360-RWS-KNM | Daniels v. Altice USA, Inc., et al. |
| 6:18-mc-00024-RWS | *SEALED* |
| 6:18-cv-00366-RWS-KNM | Lanier v. Oldcastle Lawn & Garden, Inc., et al. |
| 6:18-cv-00374-RWS-KNM | Siemens Financial Services, Inc. v. Panola County, et al. |
| 6:18-cv-00391-RWS | Ward v. Tyler Independent School District |
| 6:18-cv-00392-RWS-KNM | Cartwright v. Metalloid, et al. |
| 6:18-cv-00417-RWS-JDL | Sentry Equipment Corp. v. Evans, et al. |
| 6:18-cv-00422-RWS-KNM | Kamel v. Avenu Insights & Analytics LLC, et al. |
| 6:18-cv-00425-RWS | Tedford v. Wal-Mart Stores Texas, LLC, et al. |
| 6:18-cv-00432-RWS-KNM | Harris v. USA |
| 6:18-cv-00434-RWS-JDL | Hamilton West Condominium Owners Association Inc. v. Allied Property & Casualty Insurance Company |

| | |
|---|---|
| 6:18-cv-00448-RWS | Terral v. Walmart, Inc. |
| 6:18-cv-00454-RWS-KNM | Bonsall v. Next Level Energy Services LLC |
| 6:18-cv-00457-RWS-KNM | Rawlinson v. Magdalene Home, Inc. |
| 6:18-cv-00461-RWS | Watson v. Basic Energy Services, Inc. |
| 6:18-cv-00470-RWS-JDL | Kellum v. The State of Texas |
| 6:18-cv-00479-RWS-JDL | Stanton v. Jarvis Christian College, Inc. |
| 6:18-cv-00481-RWS | Costlow v. Encompass Health Corporation |
| 6:18-cv-00486-RWS-KNM | Montgomery v. Kilgore College |
| 6:18-cv-00490-RWS-KNM | Graves v. UTMB at Skyview Prison |
| 6:18-cv-00495-RWS | Holmes v. Texas College |
| 6:18-cv-00509-RWS-KNM | Turner, et al. v. The Home Depot, Inc., et al. |
| 6:18-cv-00510-RWS-JDL | Mayfield v. Chevron U.S.A. Inc. |
| 6:18-cv-00512-RWS-JDL | Nicholas, et al. v. Welch |
| 6:18-cv-00517-RWS-JDL | Flack Steel, LLC v. Southwest Metal Components and Supply, LP d/b/a Southwest Metal Systems |
| 6:18-cv-00521-RWS | Hamilton v. McCarthy, Burgess & Wolff, Inc. |
| 6:18-cv-00525-RWS | Texas Bank and Trust v. Zucker, et al. |
| 6:18-cv-00526-RWS-JDL | Medeiros v. Quality Logistics, Inc., et al. |
| 6:18-cv-00528-RWS | Jackson v. WRF Services, Inc. |
| 6:18-cv-00530-RWS-JDL | Roor International BV, et al. v. Smoke Center, et al. |
| 6:18-cv-00531-RWS-JDL | Roor International BV, et al. v. Tobacco Junction #3, et al. |
| 6:18-cv-00532-RWS-KNM | Turner v. National Credit Adjusters, L.L.C., et al. |
| 6:18-cv-00538-RWS-KNM | Hodge v. Lufkin Independent School District |
| 6:18-cv-00540-RWS-KNM | Roberson v. Encompass Indemnity Company |
| 6:18-cv-00542-RWS-KNM | Wheatley v. Assembly of God Church, et al. |

| | |
|---|---|
| 6:18-cv-00550-RWS-KNM | Dawson Estate, et al. v. Warren, et al. |
| 6:18-cv-00551-RWS | Cravens v. East Texas Medical Center |
| 6:18-cv-00561-RWS-JDL | Gipson v. American Family Life Assurance Company of Columbus |
| 6:18-cv-00563-RWS | Lucky Tunes #3 LLC v. Smith, et al. |
| 6:18-cv-00565-RWS | *SEALED* |
| 6:18-mc-00026-RWS | In Re Nonjudicial Civil Forfeiture Proceeding |
| 6:18-cv-00575-RWS-JDL | Stafford v. Justice H, et al. |
| 6:18-cv-00579-RWS-JDL | Marshall v. Wilmington Trust, National Association As Trustee for MRFA Trust 2015-1 |
| 6:18-cv-00582-RWS-KNM | Rogers v. Optimum Outcomes, Inc. |
| 6:18-cv-00589-RWS-JDL | Shaddix v. Merchants & Professional Collection Bureau, Inc., et al. |
| 6:18-cv-00591-RWS | Broadcast Music, Inc., et al. v. Outlaw Country Social Club, Inc., et al. |
| 6:18-cv-00596-RWS-JDL | Sanders v. Alliant Capital Management LLC, et al. |
| 6:18-cv-00599-RWS-KNM | Defoe v. Patterson |
| 6:18-cv-00601-RWS | Cuatro Rojos Land Properties, LLC v. Meridian Brick LLC |
| 6:18-cv-00619-RWS-JDL | Lambert v. Dynamic Recovery Solutions, LLC |
| 6:18-cv-00620-RWS-KNM | Rogers v. CMRE Financial Services, Inc. |
| 6:18-cv-00624-RWS-JDL | Orozco v. Convergent Outsourcing, Inc. |
| 6:18-cv-00625-RWS | Holland v. R & R Collection Service, Inc., et al. |
| 6:18-cv-00627-RWS-JDL | Lewis v. Comeaux, et al. |
| 6:18-cv-00628-RWS-KNM | Cuba v. Burnett, et al. |
| 6:18-cv-00629-RWS-JDL | Johnson v. Ross Stores, Inc. |
| 6:18-cv-00630-RWS-JDL | Arthur v. TLRA Debt Recovery |

**SIGNED this 11th day of December, 2018.**

_____
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE