IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| JERRY LAZA, MICHELLE CHOW, TRUSTEE; | § § § § § § § § § § § § | CIVIL ACTION NO. 6:17-CV-00533-JDK |
| Plaintiffs, | | |
| v. | | |
| CITY OF PALESTINE, TEXAS, MIKE ALEXANDER, JOHN OR JANE DOES 1-9, | | |
| Defendants. | | |

**ORDER**

Trustee, Michelle Chow, has filed a status report indicating that the Trustee has abandoned the bankruptcy estate's interest in the instant action. (Doc. No. 38.) The abandonment of the property interest in this action was approved by the bankruptcy court on September 30, 2020. (Doc. No. 38-1.) As such, the Trustee wishes to be removed from further pleadings in this matter. (Doc. No. 38.)

Given the abandonment of this action by the Trustee, the Court **ORDERS** the Clerk to remove trustee Michelle Chow from this civil action. With the bankruptcy estate no longer having an interest in this action, the action now falls to Plaintiff with respect to whether and how he'd like to proceed with his asserted federal claims. Accordingly, **within 30 days** of receipt of this Order, Plaintiff shall file a notice with the Court providing a status update on this action as to what federal claims remain, whether he would like to proceed with those claims such that this case should be reopened, or whether this action can be dismissed. Further, given the procedural history in this case, Plaintiff shall also indicate, if he is choosing to pursue these asserted claims, whether he

desires to continue to be represented by counsel James Mosser and Nicholas Mosser, whether he has retained new counsel he wishes to represent him, or whether he desires to proceed *pro se*. Failure to comply with this Order may result in dismissal of this action without further notice. The Clerk shall send a copy of this Order to:

> Jerry Laza
> 1101 W. Oak Street
> Palestine, Texas 75801

**So ORDERED and SIGNED this 2nd day of October, 2020.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE