RECEIVED
NOV 10 2020
Clerk, U.S. District Court
Texas Eastern

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| JERRY LAZA, | § | |
| | § | CIVIL ACTION NO. 6:17-CV-00533-JDK |
| Plaintiff, | § | |
| v. | § | |
| CITY OF PALESTINE, TEXAS | § | |
| RONALD STUTES, MIKE ALEXANDER, | § | |
| JOHN OR JANE DOES 1-9 | § | |
| | § | |
| Defendants. | § | |

## ANSWER

I, Jerry Laza, Plaintiff, am filing this status update as requested in (Doc. No. 39.) I would like to proceed with my asserted claims and actions against defendants. All Federal claims remain intact as originally filed. I would also like for this case to be reopened and do have the intent to be represented by James Mosser and Nicholas Mosser. I respectfully request 90 days to confer with counsel.

Respectfully Submitted,

_____
Jerry Laza

This answer signed 6th Day of November, 2020

1

# PRIORITY MAIL EXPRESS

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT


PS10001000006


USPS.COM/PICKUP

To schedule free Package Pickup, scan the QR code.

EP13F May 2020
OD: 12 1/2 x 9 1/2

PEEL FROM THIS CORNER

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.



**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)   PHONE ( 903 ) 723-9143

Jerry Laza
1101 W. Oak St
Palestine Tx 75801

**DELIVERY OPTIONS (Customer Use Only)**
☒ SIGNATURE REQUIRED
☐ No Saturday Delivery
☐ Sunday/Holiday Delivery Required
☐ 10:30 AM Delivery Required

TO: (PLEASE PRINT)   PHONE ( 903 ) 590-1000

William M Steger Federal Bld.
U.S. Courthouse
211 W. Ferguson St. Room 106
Tyler Tx 75702

ZIP + 4® (U.S. ADDRESSES ONLY)

**PAYMENT BY ACCOUNT (if applicable)**
USPS® Corporate Acct. No. _____  Federal Agency Acct. No. or Postal Service™ Acct. No. _____

**ORIGIN (POSTAL SERVICE USE ONLY)**
☒ 1-Day  ☐ 2-Day  ☐ Military  ☐ DPO
PO ZIP Code: 75803
Date Accepted (MM/DD/YY): 11-09-20
Time Accepted: 8:36 ☒ AM ☐ PM
Scheduled Delivery Date (MM/DD/YY): 11-10-20
Scheduled Delivery Time: ☐ 10:30 AM ☐ 12 NOON ☐ 3:00 PM
10:30 AM Delivery Fee: $
Postage: $ 26.35
Return Receipt Fee: $
Live Animal Transportation Fee: $
Insurance Fee: $
COD Fee: $

**DELIVERY (POSTAL SERVICE USE ONLY)**
Weight: 2 lbs __ ozs.  ☐ Flat Rate
Acceptance Employee Initials: SP
Special Handling/Fragile: $
Sunday/Holiday Premium Fee: $
Total Postage & Fees: $ 26.35
Delivery Attempt (MM/DD/YY): __ Time: __ ☐ AM ☐ PM   Employee Signature: __
Delivery Attempt (MM/DD/YY): __ Time: __ ☐ AM ☐ PM   Employee Signature: __

LABEL 11-B, MARCH 2019   PSN 7690-02-000-9996

EJ 433 219 143 US



UNITED STATES POSTAL SERVICE®