IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **JERRY LAZA,** § <br> § <br> **Plaintiff,** § <br> § <br> v. § <br> § <br> **CITY OF PALESTINE, TEXAS, MIKE ALEXANDER, JOHN OR JANE DOES 1-9,** § <br> § <br> **Defendants.** § | **CIVIL ACTION NO.  6:17-CV-00533-JDK** |

# ORDER

On November 12, 2020, Plaintiff responded to the Court's Order (Doc. No. 39) stating that he would now like to proceed with his asserted federal claims against all Defendants and requested 90 days to confer with counsel. (Doc. No. 41.) Accordingly, the Court will keep this case administratively closed for 90 days so that Plaintiff may confer with his counsel. By no later than **February 15, 2021**, Plaintiff shall file a full status update on this case, stating his asserted claims that he intends to proceed with in this case and indicating whether the matter is ready to proceed on a schedule.

So ORDERED and SIGNED this 13th day of November, 2020.

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE