IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **JERRY LAZA,** | § § § | |
| **Plaintiff,** | § § | CIVIL ACTION NO. 6:17-CV-00533-JDK |
| v. | § § § | |
| **CITY OF PALESTINE, TEXAS, MIKE ALEXANDER, JOHN OR JANE DOES 1-9,** | § § § § § | |
| **Defendants.** | | |

## ORDER

In accordance with court order, on February 15, 2021, Plaintiff Jerry Laza filed a notice informing the court that he has retained Warren Norred as counsel to represent him in this matter and states that he would like to proceed with various claims brought pursuant to 42 U.S.C. § 1983 as well as a claim for violation of the Texas Opens Meetings Act. (Doc. No. 43.) Plaintiff asserts he will file an amended complaint. *Id.* Accordingly, it is **ORDERED** that Plaintiff shall file and serve his amended complaint within **14 days** from the issuance of this Order. Once Plaintiff has filed his amended complaint, the court will reopen this case so that it can be reset to proceed on an appropriate schedule.

So ORDERED and SIGNED this 23rd day of February, 2021.

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE