UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **JERRY LAZA,** | § | |
| *Plaintiff,* | § | **CIVIL ACTION NUMBER:** |
| | § | **6:17-cv-00533-JDK/JDL** |
| vs. | § | |
| | § | |
| | § | |
| **CITY OF PALESTINE, TEXAS, et al** | § | **JURY DEMANDED** |
| *Defendants.* | § | |

### NOTICE OF INITIAL DISCLOSURES BY DEFENDANT RONALD STUTES

TO THE HONORABLE JUDGE OF SAID COURT:

On this day, Plaintiff Jerry Laza, by and through his Counsel of Record, and all other Counsel of Record, were served the Initial Disclosures of Defendant Ronald Stutes.

Respectfully submitted,

**BOON CALK ECHOLS COLEMAN & GOOLSBY, P.L.L.C.**
1800 NW LOOP 281, SUITE 303
Longview, Texas 75604
(903)759-2200 Phone
(903)759-3306 Fax

BY:   *Darren K. Coleman*
         DARREN K. COLEMAN
         Attorney-in-Charge
         State Bar No. 04558570
         darren.coleman@boonlaw.com

         ATTORNEYS FOR DEFENDANT
         RONALD STUTES

1

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing instrument has been served upon all counsel of record by electronic filing on this the 10th day of June 2021.

                                        *Darren K. Coleman*
                                        DARREN K. COLEMAN