# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **JERRY LAZA,** | § § § | |
| **Plaintiff,** | § § | CIVIL ACTION NO. 6:17-CV-00533-JDL |
| v. | § § § | |
| **CITY OF PALESTINE, TEXAS, MIKE ALEXANDER, JOHN OR JANE DOES 1-9, RONALD STUTES, DOUG SMITH, WILL BRULE, STEVE PRESLEY, MITCHELL JORDAN, VICKEY CHIVERS, LARISSA LOVELESS, JOE BAXTER, DANA GOOLSBY, ANN CONNER,** | § § § § § § | |
| **Defendants.** | | |

## ORDER

The court hereby sets this matter for a status conference on **March 4, 2022 at 10:00 A.M.** before the Honorable John D. Love at 211 W. Ferguson St. Tyler, Texas, Courtroom 207. The court's intention for the hearing is to discuss the prospect of mediation with the parties, whether they have undertaken any settlement efforts to date, and whether they are opposed to mediation in this matter. The parties should meet and confer by no later than March 2, 2022, and have discussed with their respective clients and with each other whether they are open to mediation and whether they are agreeable to a private mediator in this case, or whether they are agreeable to a magistrate judge mediating the case. If appropriate, the parties should also be prepared to present agreed mediator proposals to the court. Further, the parties shall be prepared to discuss the status of the appeal of *City of Palestine, Texas v. Jerry Laza*, No. DCCV16-356-349.

**So ORDERED and SIGNED this 23rd day of February, 2022.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE