# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **JERRY LAZA,** § § § **Plaintiff,** § § **v.** § § **CITY OF PALESTINE, TEXAS, MIKE ALEXANDER, JOHN OR JANE DOES 1-9, RONALD STUTES, DOUG SMITH, WILL BRULE, STEVE PRESLEY, MITCHELL JORDAN, VICKEY CHIVERS, LARISSA LOVELESS, JOE BAXTER, DANA GOOLSBY, ANN CONNER,** § § § § § § § § § **Defendants.** | **CIVIL ACTION NO. 6:17-CV-00533-JDL** |

## ORDER

**IT IS ORDERED** that Hon. Judith K. Guthrie (Ret.), P.O. Box 904, Tyler, Texas 75710, (903)-530-3668, is hereby appointed as pro bono mediator in the above referenced case. The court designates Plaintiff's counsel to be responsible for timely contacting Judge Guthrie and coordinating a time for mediation. Mediation shall be completed by **May 13, 2022**.

Once a date and time for the mediation has been selected, Plaintiff's counsel shall notify Ms. Sharon Baum, Courtroom Deputy to Magistrate Judge John D. Love, of those details as soon as possible.

Mediation shall be governed by the Court-Annexed Mediation Plan, published on the Court's website. In particular, the Mediation Plan requires the presence at the mediation conference of all parties, corporate representatives with authority to enter into stipulations, and any other required claims professionals (e.g., insurance adjusters, etc.) with reasonable

settlement authority and with sufficient stature in the organization to have direct access to those who make the ultimate decision about settlement. Exceptions to this requirement may be made only by the undersigned. Within five days of the conclusion of the mediation, the mediator is requested to file with the court a Mediator's Report advising the court of the results of the mediation.

**So ORDERED and SIGNED this 10th day of March, 2022.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE