UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| JERRY LAZA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 6:17-cv-00533-JDK |
| CITY OF PALESTINE, TEXAS, et al., | § § § | |
| Defendants. | § § | |

## ORDER

Came before the Court on this day the *Defendants' Motion for Summary Judgment* filed February 18, 2022, and after considering the motion, the response, objections to summary judgment evidence, and the arguments of counsel the Court finds that the motion should be and herein is DENIED.

SO ORDERED this ___ day of _____, 2022.

_____
JUDGE PRESIDING