**Exhibit A**

**Case:**

06-18-00051-CV

**Date Filed:**

07/11/2018

**Case Type:**

Miscellaneous/other civil

**Style:**

Jerry Laza

**v.:**

City of Palestine, Texas

**Orig Proc:**

No

**Transfer From:**

12th Court of Appeals

**Transfer In:**

07/11/2018

**Transfer Case:**

12-18-00158-CV

**Transfer To:**

**Transfer Out:**

**Pub Service:**

West Publishing

## APPELLATE BRIEFS

| Date | Event Type | Description | Document | |
|---|---|---|---|---|
| 06/13/2022 | Electronic reply brief filed | Appellant | [ PDF/665 KB ] | Reply Brief |
| | | | [ PDF/125 KB ] | Notice |
| 05/23/2022 | Appendix filed | Appellee | [ PDF/27.27 MB ] Appendix D To Ape'S | |
| 05/23/2022 | Appendix filed | Appellee | [ PDF/11.00 MB ] Appendix C To Ape'S | |

| Date | Event Type | Description | Document | |
|---|---|---|---|---|
| 05/23/2022 | Appendix filed | Appellee | [ PDF/441 KB ] | Appendix A To Ape'S B |
|  |  |  | [ PDF/2.81 MB ] | Appendix B To Ape'S B |
| 05/23/2022 | Electronic brief filed - oral argument requested | Appellee | [ PDF/418 KB ] | Ape'S Brief |
|  |  |  | [ PDF/125 KB ] | Notice |
| 03/23/2022 | Electronic brief filed - oral argument requested | Appellant | [ PDF/10.88 MB ] | Ant'S Brief |
|  |  |  | [ PDF/132 KB ] | Notice |

## CASE EVENTS

| Date | Event Type | Disposition | Document | |
|---|---|---|---|---|
| 09/18/2023 | Notice received |  | [ PDF/48 KB ] | US Sup Ct Notice - Xtime |
| 06/19/2023 | Mandate issued |  | [ PDF/60 KB ] | Bill of Costs |
|  |  |  | [ PDF/138 KB ] | Mandate |
|  |  |  | [ PDF/127 KB ] | Notice |
| 06/16/2023 | Notice received |  | [ PDF/143 KB ] | Sup Ct Final Notice |
| 06/16/2023 | Motion for rehearing disposed | Motion or Writ Denied |  |  |
| 05/09/2023 | Motion for rehearing filed |  |  |  |
| 05/01/2023 | Motion for extension of time to file motion for rehearing disposed | Motion or Writ Granted |  |  |
| 04/29/2023 | Motion for extension of time to file motion for rehearing filed |  |  |  |
| 03/31/2023 | Petition for review disposed by Supreme Court | Motion or Writ Denied |  |  |
| 02/21/2023 | Petition for review filed in Supreme Court |  |  |  |
| 12/09/2022 | Motion for extension of time to file petition for review disposed by Supreme Court | Motion or Writ Granted |  |  |
| 12/08/2022 | Motion for extension of time to file petition for review filed in Supreme Court |  |  |  |
| 12/05/2022 | Order entered |  | [ PDF/366 KB ] | Revised Order |
| 12/05/2022 | Order withdrawn |  |  |  |
| 12/05/2022 | Motion for rehearing disposed | Motion or Writ Denied | [ PDF/126 KB ] | Notice |
| 11/28/2022 | Motion for rehearing filed |  | [ PDF/256 KB ] | Appendix to Motn for Re |
|  |  |  | [ PDF/509 KB ] | Motn for Rehearing |
|  |  |  | [ PDF/126 KB ] | Notice |
| 11/16/2022 | Motion for rehearing disposed | Motion or Writ Denied | [ PDF/127 KB ] | Notice |
| 11/16/2022 | Order entered |  | [ PDF/126 KB ] | Notice |
| 11/02/2022 | Electronic Reporter/Recorders Record Filed |  | [ PDF/126 KB ] | Notice |
| 10/31/2022 | Show cause hearing held |  |  |  |
| 10/28/2022 | Response filed |  | [ PDF/7.28 MB ] | Resp to Show Cause Or |
|  |  |  | [ PDF/126 KB ] | Notice |
| 10/28/2022 | Letter issued by the court |  | [ PDF/126 KB ] | Notice |

| Date | Event Type | Disposition | Document |
|---|---|---|---|
| 10/27/2022 | Order issued | | [ PDF/67 KB ] Sup Ct Order Denying Mo |
| 10/25/2022 | Letter filed | | [ PDF/209 KB ] Mosser Resp to Transfer |
| 10/24/2022 | Letter received | | [ PDF/134 KB ] Ltr to Clk from Ape recd |
| 10/24/2022 | Letter issued by the court | | |
| 10/24/2022 | Order issued | | [ PDF/111 KB ]    Order<br>[ PDF/125 KB ]    Notice |
| 10/24/2022 | Motion disposed | Motion or Writ Denied | |
| 10/21/2022 | Electronic Motion Filed | | [ PDF/2.42 MB ] Ant's Motn to Recuse, D<br>[ PDF/127 KB ]  Notice |
| 10/07/2022 | Document Received | | [ PDF/45 KB ] Officers Return - Unserved |
| 10/06/2022 | Notice of show cause | | [ PDF/861 KB ] Affidavit of Service Proc<br>[ PDF/32 KB ]   Notice to Show Cause<br>[ PDF/126 KB ] Notice |
| 09/16/2022 | Show cause order | | [ PDF/168 KB ]  Order to Show Cause |
| 09/16/2022 | Notice of show cause | | [ PDF/27 KB ]   Notice to Show Cause<br>[ PDF/136 KB ] Notice |
| 09/01/2022 | Letter received | | [ PDF/129 KB ]   Ltr to Clk from Ape |
| 08/31/2022 | Motion for rehearing filed | | [ PDF/491 KB ] Ant's Motn for Rehearing<br>[ PDF/126 KB ] Notice |
| 08/22/2022 | Letter issued by the court | | [ PDF/126 KB ]         Notice |
| 08/18/2022 | Memorandum opinion issued | Affirmed | [ PDF/138 KB ] Judgment<br>[ PDF/366 KB ] Memorandum Opinion<br>[ PDF/127 KB ] Notice |
| 08/18/2022 | Motion to reconsider disposed | Motion or Writ Denied | |
| 08/18/2022 | Motion to vacate disposed | Motion or Writ Denied | |
| 08/18/2022 | Motion to dismiss disposed | Motion or Writ Denied | |
| 06/16/2022 | Submitted | | |
| 06/13/2022 | Electronic reply brief filed | | [ PDF/665 KB ]        Reply Brief<br>[ PDF/125 KB ]        Notice |
| 05/26/2022 | Set for submission on briefs - oral argument denied | | [ PDF/130 KB ]        Notice |
| 05/24/2022 | Letter filed | | [ PDF/117 KB ] Ape's Ltr fld re Mistake i |
| 05/23/2022 | Appendix filed | | [ PDF/27.27 MB ] Appendix D to Ape's F |
| 05/23/2022 | Appendix filed | | [ PDF/11.00 MB ] Appendix C to Ape's E |
| 05/23/2022 | Appendix filed | | [ PDF/441 KB ]  Appendix A to Ape's Br<br>[ PDF/2.81 MB ] Appendix B to Ape's Br |
| 05/23/2022 | Electronic brief filed - oral argument requested | | [ PDF/418 KB ]        Ape's Brief<br>[ PDF/125 KB ]        Notice |
| 05/23/2022 | Case ready to be set | | |
| 04/21/2022 | Electronic Motion for extension of time to file brief disp | Motion or Writ Granted | [ PDF/135 KB ]        Notice |
| 04/21/2022 | Electronic Motion for extension of time to file brief filed | | [ PDF/107 KB ]   Ape's Motn Xtime |
| 03/23/2022 | Electronic brief filed - oral argument requested | | [ PDF/10.88 MB ]       Ant's Brief<br>[ PDF/132 KB ]        Notice |
| 03/16/2022 | Motion to reconsider disposed | Ordered carried with the case | [ PDF/133 KB ]        Notice |
| 03/14/2022 | Letter filed | | [ PDF/91 KB ]  Ape's Letter to Court |

| Date | Event Type | Disposition | Document |
|---|---|---|---|
| 03/14/2022 | Motion to reconsider filed | | [ PDF/151 KB ] Ant's Motion to Reconsic |
| 03/09/2022 | Motion to transfer disposed | | [ PDF/130 KB ]         Notice |
| 03/09/2022 | Letter issued by the court | | [ PDF/147 KB ]         Notice |
| 03/09/2022 | Order issued | | [ PDF/116 KB ] Sup Ct Order Denying M |
| 03/09/2022 | Motion to vacate disposed | Ordered carried with the case | [ PDF/131 KB ]         Notice |
| 03/02/2022 | Motion to vacate filed | | [ PDF/181 KB ] Ant's Motn to Vacate and [ PDF/130 KB ] Notice |
| 03/02/2022 | Response filed | | [ PDF/786 KB ] Ant's Resp to Ape's Motr [ PDF/130 KB ] Notice |
| 03/01/2022 | Objection filed | | [ PDF/129 KB ] Ape's Objection to Motr |
| 03/01/2022 | Response filed | | [ PDF/999 KB ] Ant's Resp to Ct's Ltr to S [ PDF/130 KB ] Notice |
| 02/28/2022 | Letter issued by the court | | |
| 02/28/2022 | Motion to abate appeal disposed | Motion or Writ Denied | [ PDF/129 KB ]         Notice |
| 02/28/2022 | Motion to abate appeal filed | | [ PDF/155 KB ]      Motn to Abate [ PDF/130 KB ]         Notice |
| 02/28/2022 | Letter received | | [ PDF/92 KB ]    Ltr recd from Ape |
| 02/25/2022 | Motion to transfer filed | | [ PDF/181 KB ] Ant's Opposed Motn to I [ PDF/130 KB ] Notice |
| 01/26/2022 | Order entered | | [ PDF/147 KB ]         Order [ PDF/130 KB ]         Notice |
| 01/26/2022 | Electronic Supplemental Clerks Record Filed | | [ PDF/130 KB ]         Notice |
| 01/26/2022 | Electronic Supplemental Clerks Record Filed | | |
| 01/21/2022 | Letter received | | [ PDF/1.00 MB ] Ltr recd from Ant 1-21- |
| 01/21/2022 | Document Received | | [ PDF/1.11 MB ] Document Recd from A |
| 01/20/2022 | Electronic Supplemental Clerks Record Filed | | [ PDF/130 KB ]         Notice |
| 01/19/2022 | Electronic Motion for extension of time to file brief disp | Motion or Writ Granted | [ PDF/134 KB ]         Notice |
| 01/19/2022 | Motion to abate appeal disposed | Motion or Writ Denied | |
| 01/14/2022 | Motion to abate appeal filed | | [ PDF/2.02 MB ] Ant's Opposed Motn to [ PDF/130 KB ]   Notice |
| 12/31/2021 | Electronic Supplemental Reporter/Recorders Record Filed | | [ PDF/130 KB ]         Notice |
| 12/30/2021 | Electronic Supplemental Reporter/Recorders Record Filed | | [ PDF/130 KB ]         Notice |
| 12/29/2021 | Letter received | | [ PDF/305 KB ] Ltr recd 12-29-21 from A |
| 12/28/2021 | Order entered | | [ PDF/74 KB ]         Order [ PDF/129 KB ]         Notice |
| 12/28/2021 | Order entered | | [ PDF/73 KB ]         Order [ PDF/130 KB ]         Notice |
| 12/28/2021 | Case reinstated | | |

| Date | Event Type | Disposition | Document | |
|---|---|---|---|---|
| 12/28/2021 | Letter received | | [ PDF/269 KB ] Ltr Recd 12-28 from Ant | |
| 12/27/2021 | Reporters record filed | | [ PDF/131 KB ] | Notice |
| 12/15/2021 | Electronic Supplemental Reporter/Recorders Record Filed | | [ PDF/130 KB ] | Notice |
| 12/14/2021 | Letter received | | [ PDF/278 KB ] Ltr recd 12-14-21 from A | |
| 12/14/2021 | Electronic Reporter/Recorders Record Filed | | [ PDF/130 KB ] | Notice |
| 12/14/2021 | Electronic Supplemental Clerks Record Filed | | [ PDF/130 KB ] | Notice |
| 12/09/2021 | Response filed | | [ PDF/2.00 MB ] Ape's Resp re Record [ PDF/130 KB ]   Notice | |
| 12/07/2021 | Letter received | | [ PDF/279 KB ] Ltr Recd from Ant 12-7-2 | |
| 12/01/2021 | Notice filed | | [ PDF/157 KB ]   Notice Fld 12-1-21 | |
| 08/26/2021 | Notice received | | | |
| 08/11/2021 | Email received | | | |
| 07/29/2021 | Email sent | | | |
| 06/23/2021 | Email received | | | |
| 05/17/2021 | Notice received | | [ PDF/1.96 MB ] Notice of Non-Complia | |
| 05/12/2021 | Email sent | | | |
| 04/20/2021 | Electronic Motion Disposed | Motion or Writ Denied | [ PDF/129 KB ] | Notice |
| 04/20/2021 | Motion to reconsider disposed | Motion or Writ Denied | [ PDF/131 KB ] | Notice |
| 04/19/2021 | Response filed | | [ PDF/969 KB ] Resp to Motn for Sanctic [ PDF/129 KB ] Notice | |
| 04/14/2021 | Letter received | | [ PDF/92 KB ]    Ltr recd from Ape | |
| 04/14/2021 | Electronic Motion Filed | | [ PDF/625 KB ] Ant's Motn to Sanction [ PDF/130 KB ] Notice | |
| 04/14/2021 | Motion to reconsider filed | | [ PDF/144 KB ] Ape's Motn for Reconsid [ PDF/130 KB ] Notice | |
| 04/13/2021 | Motion to dismiss disposed | Ordered carried with the case | [ PDF/131 KB ] | Notice |
| 04/08/2021 | Electronic Supplemental Clerks Record Filed | | [ PDF/131 KB ] | Notice |
| 04/07/2021 | Motion to dismiss filed | | [ PDF/199 KB ]   Ape's Motn Dismiss | |
| 04/07/2021 | Notice received | | [ PDF/1.01 MB ] Notice of Errors in Recc | |
| 04/06/2021 | Electronic Supplemental Clerks Record Filed | | [ PDF/130 KB ] | Notice |
| 03/10/2021 | Electronic Reporter/Recorders Record Filed | | [ PDF/132 KB ] | Notice |
| 03/09/2021 | Telephone call received | | | |
| 02/23/2021 | Electronic Motion Disposed | Motion or Writ Granted | [ PDF/133 KB ] | Notice |
| 02/10/2021 | Electronic Motion Filed | | [ PDF/136 KB ] Joint Motn to Modify thi [ PDF/131 KB ] Notice | |
| 02/02/2021 | Order issued | Abated | [ PDF/81 KB ] [ PDF/130 KB ] | Order Notice |
| 02/02/2021 | Electronic Motion for extension of time to file brief disp | Motion or Writ Granted | | |

| Date | Event Type | Disposition | Document | |
|---|---|---|---|---|
| 01/29/2021 | Electronic Motion for extension of time to file brief filed | | [ PDF/152 KB ] | Ant's 4th Motn Xtime |
| 01/26/2021 | Electronic Supplemental Reporter/Recorders Record Filed | | [ PDF/131 KB ] | Notice |
| 01/26/2021 | Electronic Motion for extension of time to file brief disp | Motion or Writ Granted | [ PDF/133 KB ] | Notice |
| 01/22/2021 | Email received | | | |
| 01/22/2021 | Electronic Motion for extension of time to file brief filed | | [ PDF/165 KB ] | Ant's 3rd Motn Xtime |
| 01/21/2021 | Electronic Supplemental Reporter/Recorders Record Filed | | [ PDF/131 KB ] | Notice |
| 01/11/2021 | Email sent | | | |
| 01/11/2021 | Telephone call received | | | |
| 01/11/2021 | Telephone call received | | | |
| 01/08/2021 | Email sent | | | |
| 12/29/2020 | Electronic Motion for extension of time to file brief disp | Motion or Writ Granted | [ PDF/134 KB ] | Notice |
| 12/28/2020 | Email sent | | | |
| 12/28/2020 | Electronic Motion for extension of time to file brief filed | | [ PDF/127 KB ] | Ant's 2nd Motn Xtime |
| 12/11/2020 | Appearance of counsel | | [ PDF/123 KB ] Appearance of Counsel f<br>[ PDF/130 KB ] Notice | |
| 12/04/2020 | Electronic Motion for extension of time to file brief disp | Motion or Writ Granted | [ PDF/134 KB ] | Notice |
| 12/04/2020 | Electronic Motion for extension of time to file brief filed | | [ PDF/130 KB ] | Ant's Motn Xtime |
| 11/20/2020 | Electronic Reporter/Recorders Record Filed | | [ PDF/139 KB ] | Notice |
| 11/19/2020 | Electronic Reporter/Recorders Record Filed | | | |
| 11/17/2020 | Telephone call received | | | |
| 11/17/2020 | Motion to reinstate disposed | Motion or Writ Granted | [ PDF/132 KB ] | Notice |
| 11/17/2020 | Case reinstated | | | |
| 11/16/2020 | Electronic Clerks Record Filed | | | |
| 11/16/2020 | Email sent | | | |
| 11/16/2020 | Motion to reinstate filed | | [ PDF/1.37 MB ] Motn to Reinstate<br>[ PDF/130 KB ] Notice | |
| 05/24/2019 | Appearance of counsel | | [ PDF/80 KB ] Notice of Appearance of | |
| 05/21/2019 | Appearance of counsel | | [ PDF/67 KB ] Appearance of Counsel fc | |
| 09/13/2018 | Exhibits filed | | | |
| 09/12/2018 | Order issued | Abated | [ PDF/43 KB ] Order<br>[ PDF/130 KB ] Notice | |
| 09/11/2018 | Electronic Reporter/Recorders Record Filed | | [ PDF/129 KB ] | Notice |
| 09/10/2018 | Document Received | | | |

| Date | Event Type | Disposition | Document | |
|---|---|---|---|---|
| 09/10/2018 | Suggestion of bankruptcy filed | | | |
| 09/07/2018 | Telephone call received | | | |
| 08/07/2018 | Extension of time to file reporters record disposed | Motion or Writ Granted | [ PDF/118 KB ] | Notice |
| 08/06/2018 | Electronic Clerks Record Filed | | [ PDF/110 KB ] | Notice |
| 08/06/2018 | Electronic Clerks Record Filed | | | |
| 08/01/2018 | Extension of time to file reporters record filed | | | |
| 07/13/2018 | Extension of time to file clerks record disposed | Motion or Writ Granted | [ PDF/117 KB ] | Notice |
| 07/13/2018 | Extension of time to file clerks record filed | | | |
| 07/13/2018 | Telephone call received | | | |
| 07/13/2018 | Letter received | | | |
| 07/11/2018 | Case transferred to this court from another court of appeals | | [ PDF/119 KB ] | Notice |
| 07/11/2018 | Case transferred from this court to another court of appeals | Sixth Court of Appeals | | |
| 07/11/2018 | Motion for extension of time to file notice of appeal disposed | Motion or Writ Granted | | |
| 07/11/2018 | Notice of late record | | | |
| 07/10/2018 | Certificate of conference requested | | | |
| 07/09/2018 | Motion for extension of time to file notice of appeal filed | | [ PDF/119 KB ] | Notice |
| 07/06/2018 | Appellant notified that notice of appeal late/show grounds to continue | | [ PDF/129 KB ] | Notice |
| 06/29/2018 | Case Information Sheet from trial court clerk filed | | | |
| 06/27/2018 | Case Information Sheet from trial court clerk filed | | | |
| 06/26/2018 | Docketing statement filed | | | |
| 06/25/2018 | Fee paid | | | |
| 06/14/2018 | Appellant notified that notice of appeal late/show grounds to continue | | [ PDF/115 KB ] | Notice |
| 06/14/2018 | Notice of appeal filed in court of appeals | | | |
| 06/14/2018 | Fee requested | | [ PDF/115 KB ] | Notice |
| 06/14/2018 | Court packet sent to parties | | [ PDF/131 KB ] | Notice |
| 06/04/2018 | Notice of appeal filed in trial court | | | |
| 03/20/2018 | Motion for new trial was filed in the trial court | | | |
| 02/19/2018 | Judgment signed by trial court judge | | | |

## CALENDARS

| Set Date | Calendar Type | Reason Set |
|---|---|---|
| 06/19/2023 | Case Stored | Case stored |
| 06/19/2023 | Status | Fee due in this court |
| 06/19/2029 | Retention | Date civil case will be destroyed (6 yrs after mandate) |

## PARTIES

| Party | PartyType | Representative |
|---|---|---|
| Laza, Jerry | Appellant | Jerry Laza<br>Nicholas Mosser<br>James C. Mosser |
| City Of Palestine | Appellee | M. Keith Dollahite<br>James D. Hankins Sr.<br>Ronald D. Stutes |

## TRIAL COURT INFORMATION

**Court**

349th District Court

**County**

Anderson

**Court Judge**

Honorable Dwight L. Phifer

**Court Case**

DCCV16-356-349

**Reporter**

Brandi Ray

**Punishment**

To view or print PDF files you must have the Adobe Acrobat® reader. This software may be obtained without charge from Adobe. Download the reader from the Adobe Web site