**Exhibit C**

**CASE: 22-1098**

Case:

22-1098

Date Filed:

12/08/2022

Case Type:

Petition for Review originally filed as 53.7(f)

Style:

JERRY LAZA

v.:

CITY OF PALESTINE, TEXAS

## APPELLATE BRIEFS

| Date | Event Type | Description | Remarks | Document | |
|---|---|---|---|---|---|
| 05/09/2023 | Motion for Rehearing | Rehearing filed in Petition for Review | Motion for Rehearing filed on behalf of Jerry Laza. | [ PDF/98 KB ]<br>[ PDF/39 KB ] | Notice |
| 02/21/2023 | Petition for Review | Petitioner | Petition for Review filed on behalf of Jerry Laza. | [ PDF/5.23 MB ]<br>[ PDF/41 KB ] | Notice |

## CASE EVENTS

| Date | Event Type | Disposition | Remarks | Document | |
|---|---|---|---|---|---|
| 06/16/2023 | Notice sent to Court of Appeals | | | [ PDF/142 KB ] | Notice |
| 06/16/2023 | Motion for Rehearing - Disposed | Denied | | [ PDF/40 KB ] | Notice |
| 05/16/2023 | Case forwarded to Court | | | | |
| 05/11/2023 | Response Waiver filed | | Response Waiver to Motion to Rehearing filed on behalf of City of Palestine. | [ PDF/78 KB ] | |
| 05/09/2023 | Motion for Rehearing | | Motion for Rehearing filed on behalf of Jerry Laza. | [ PDF/98 KB ]<br>[ PDF/39 KB ] | Notice |

| Date | Event Type | Disposition | Remarks | Document | |
|---|---|---|---|---|---|
| 05/01/2023 | Motion for Extension of Time to File Motion for Rehearing disposed | Filing granted | Motion for Extension of Time to file Motion for Rehearing granted. Further requests for extensions of time will be disfavored. Motion for Rehearing is due no later than May 9, 2023. | [ PDF/63 KB ] | Notice |
| 05/01/2023 | Electronic communication received from Party | | Respondent is opposed to motion for extension of time to file motion for rehearing; however, they will not file a written response. | | |
| 05/01/2023 | Electronic communication sent to Party | | Email sent to respondent to determine if they are opposed or unopposed to motion for extension of time to file motion for rehearing. | | |
| 04/29/2023 | Motion for Extension of Time to File Motion for Rehearing | | Motion for Extension of Time to file Motion for Rehearing filed on behalf of Jerry Laza. | [ PDF/98 KB ] [ PDF/40 KB ] | Notice |
| 03/31/2023 | Petition for Review disposed | Denied | | [ PDF/39 KB ] | Notice |
| 02/28/2023 | Case forwarded to Court | | | | |
| 02/22/2023 | Response Waiver filed | | Response Waiver filed on behalf of the City of Palestine. | [ PDF/75 KB ] | |
| 02/21/2023 | Petition for Review | | Petition for Review filed on behalf of Jerry Laza. | [ PDF/5.23 MB ] [ PDF/41 KB ] | Notice |
| 12/09/2022 | Motion for Extension of Time to File Petition for Review disposed | Filing granted | Motion for Extension of Time to file Petition for Review granted. Petition for Review is due no later than February 21, 2023. | [ PDF/56 KB ] | Notice |
| 12/09/2022 | Electronic communication received from Party | | Respondent is opposed to motion for extension of time to file petition for review, but will not file a written response. | | |
| 12/09/2022 | Electronic communication sent to Party | | Email sent to respondent to determine if they are opposed or unopposed to motion for extension of time to file petition for review. | | |
| 12/08/2022 | Motion for Extension of Time to File Petition for Review filed | | Motion for Extension of Time to file Petition for Review filed on behalf of Jerry Laza. | [ PDF/82 KB ] [ PDF/40 KB ] | Notice |

| Date | Event Type | Disposition | Remarks | Document |
|---|---|---|---|---|
| 12/08/2022 | Clerk's Record | | | |
| 12/08/2022 | Clerk's Record | | | |
| 12/08/2022 | Court reporter/recorder's record | | | |
| 12/08/2022 | Clerk's Record | | | |
| 12/08/2022 | Court reporter/recorder's record | | | |
| 12/08/2022 | Court reporter/recorder's record | | | |
| 12/08/2022 | Clerk's Record | | | |
| 12/08/2022 | Court reporter/recorder's record | | | |
| 12/08/2022 | Clerk's Record | | | |
| 12/08/2022 | Court reporter/recorder's record | | | |
| 12/08/2022 | Court reporter/recorder's record | | | |
| 12/08/2022 | Court reporter/recorder's record | | | |
| 12/08/2022 | Court reporter/recorder's record | | | |
| 12/08/2022 | Clerk's Record | | | |
| 12/08/2022 | Clerk's Record | | | |
| 12/08/2022 | Court reporter/recorder's record | | | |
| 12/08/2022 | Court reporter/recorder's record | | | |
| 12/08/2022 | Court reporter/recorder's record | | | |
| 12/08/2022 | Court reporter/recorder's record | | | |

**CALENDARS**

| Set Date | Calendar Type | Reason Set | Remarks |
|---|---|---|---|
| 06/16/2023 | Case Stored | Case stored. | e-stored |

## PARTIES

| Party | PartyType | Representative |
|---|---|---|
| Laza, Jerry | Petitioner | Mr. Nicholas Mosser<br>James C. Mosser |
| City of Palestine | Respondent | Mr. James D. Hankins<br>Mr. Ronald D. Stutes<br>Mr. M. Keith Dollahite |

## COURT OF APPEALS INFORMATION:

**COA Case**

06-18-00051-CV

**Disposition**

Affirmed

**Opinion Cite**

___ SW3d ___, 08-18-22

**COA District**

6th Court of Appeals

**COA Justice**

Honorable Josh R. Morriss

## TRIAL COURT INFORMATION

**Court**

349th District Court

**County**

Anderson

**Court Judge**

Honorable Dwight L. Phifer

**Court Case**

DCCV16-356-349

**Reporter**

**Punishment**

To view or print PDF files you must have the Adobe Acrobat® reader. This software may be obtained without charge from Adobe. Download the reader from the Adobe Web site