# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

RECEIVED IN
The Court of Appeals
Sixth District

SEP 1 8 2023

Texarkana, Texas
Debra K. Autrey, Clerk

September 14, 2023

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
Court of Appeals of Texas, Sixth District
Bi-State Justice Building
100 N. State Line Avenue
Texarkana, TX  75501

    Re:  Jerry Laza
          v. City of Palestine, Texas
          Application No. 23A234
          (Your No. 06-18-00051-CV)

Dear Clerk:

    The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Alito, who on September 14, 2023, extended the time to and including October 16, 2023.

    This letter has been sent to those designated on the attached notification list.

                                                             Sincerely,

                                                             Scott S. Harris, Clerk

                                                              by

                                                              Lisa Nesbitt
                                                              Case Analyst

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

NOTIFICATION LIST

Mr. Nicholas Dupont Mosser
Mosser Law, PLLC
8100 Dallas Parkway Suite 115A
Plano, TX 75024

Clerk
Court of Appeals of Texas, Sixth District
Bi-State Justice Building
100 N. State Line Avenue
Texarkana, TX 75501